28846. BROWN et al. v. CITY OF ALBANY et al.

NICHOLS, Presiding Justice.
This appeal is from a judgment refusing to temporarily enjoin an election. The election had taken place prior to the filing of the notice of appeal and those persons elected have now taken office. Under decisions exemplified by *Clarke v. City of Atlanta,* 231 Ga. 84 (200 SE2d 264) the issue presented by the appeal is moot.
*Appeal dismissed. All the Justices concur.*

SUBMITTED MAY 1, 1974 — DECIDED MAY 21, 1974.

*Mary M. Young,* for appellants.
*James V. Davis, Peter Zack Geer,* for appellees.